**Petition for Reinstatement from Inactive Status.**

**No. 176 DB 2004.**

Supreme Court of Pennsylvania.

May 27, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 27th day of May, 2005, the Report and Recommendations of the Disciplinary Board dated March 31, 2005, are approved and IT IS ORDERED that DIANNAJEAN SMITH, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**James Martin FOGERTY, Respondent.**

**No. 900 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 27, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 27th day of May, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated February 25, 2005, it is hereby

ORDERED that JAMES MARTIN FOGERTY be and he is SUSPENDED from the Bar of this Commonwealth for a period of three years retroactive to April

8, 2004, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.